IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| UNITED VAN LINES, LLC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. MJG-02-CV-3443 |
| ) | |
| ZIRK AND MARY ENGELBRECHT ) | |
| ) | |
| Defendants. ) | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having read Defendant's, Zirk Engelbrecht, Motion to Permit Late Filing of Answer and Opposition to Motion for Default, and any response, it is this __10th__ day of __February__, 2003 hereby **ORDERED** that Zirk Engelbrecht's late Answer is hereby accepted as if timely filed and Plaintiff's, United Van Lines, LLC. Motion for Default is DENIED.

_____
United States District Judge

157361.01