| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| JOHN T. HUSK, ESQ.; SBN 024565<br>SEATON & HUSK, LP<br>2240 GALLOWS RD<br>VIENNA, VA  22182-0000 | (703) 573-0700 | |
| ATTORNEY FOR (Name)   PLAINTIFF | Ref. No. or File No. | |

MJG·02-3443

Insert name of court, judicial district or branch court, if any:

United States District Court – District of Maryland

, MD

**PLAINTIFF**

UNITED VAN LINES

**DEFENDANT**

ENGELBRECHT

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: MJG02CV3443 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

Summons; Complaint; Disclosure of Corporate Interest; General Consent to Proceed Before a United States Magistrate Judge

    PARTY SERVED:    MARCY ENGELBRECHT

    PERSON SERVED:    "JANE DOE" (F, 40, 5'5", 120, White, Brn Hair, Blue Eyes) – CO-OCCUPANT

DATE & TIME OF DELIVERY:    February 13, 2003
                                07:41 am

ADDRESS, CITY, AND STATE:    485 MARTIN LN
                                BEVERLY HILLS, CA 90210-0000
                                (HOME)

PHYSICAL DESCRIPTION    Age: 40    Weight: 120    Hair: BROWN
                                      Sex: F     Height: 5'5"    Eyes: BLUE
                                      Marks: CAUCASIAN

MANNER OF SERVICE:

Substituted Service – By leaving the copies with or in the presence of "JANE DOE" (F, 40, 5'5", 120, White, Brn Hair, Blue Eyes) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party served. I informed him/her of the general nature of the papers. A declaration of diligence is attached. I thereafter caused copies to be mailed. A declaration of mailing is attached.

Fee for Service: $45.00

Registered California process server.
County: LOS ANGELELES
Registration No: 2813
Expiration: May 17, 2003
ATTORNEY RELATED SERVICES, INC.
13440 VENTURA BLVD STE 102
SHERMAN OAKS, CA 91423-6150

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 26, 2003 at SHERMAN OAKS, California.

Signature: _____
DANIEL WILLIAM KAHN

982(a)(23)(New July 1, 1987)

# ATTORNEY RELATED SERVICES, INC.

13440 VENTURA BLVD, STE 102
SHERMAN OAKS, CA 91423-6150
(818) 995-9771   Fax (818) 995-7457

**INVOICE DATE:** February 26, 2003

**INVOICE NUMBER:** 35845-1

Client No. S&H
Client SEATON & HUSK, LP
Address 2240 GALLOWS RD
VIENNA, VA 22182-0000
Phone: (703) 573-0700   Fax (703) 573-9786
Client File No

Case No. MJG02CV3443
Court United States District Court - District of Maryland
Plaintiff UNITED VAN LINES
Defendant ENGELBRECHT

Documents:
Summons; Complaint; Disclosure of Corporate Interest; General Consent to Proceed Before a United States Magistrate Judge

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: MARCY ENGELBRECHT at 485 MARTIN LN, BEVERLY HILLS, CA 90210-0000. Documents: Summons; Complaint; Disclosure of Corporate Interest; General Consent to Proceed Before a United States Magistrate Judge<br><br>ATTN: JOHN T. HUSK - This invoice has been paid - THANK YOU! | PS - Individual Sub-Served | 45.00 |
| | **INVOICE TOTAL** | **$ 45.00** |

PAID

# DAVID WILLIAM TONNESSEN
ATTORNEY AT LAW
SECURITY PROFESSIONAL BUILDING
1657 WHITEHEAD COURT
BALTIMORE, MARYLAND 21207
(410) 298-2900

FILED ___ ENTERED
LODGED ___ RECEIVED

APR 0 7 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

April 4, 2003

United States District Court
4th Floor, 101 W. Lombard Street
Baltimore, MD 21201

      Re:    United Van Lines v. Engelbrecht
            Case No.: 02CV3443

Dear Sir or Madam Clerk:

    I herewith enclose Service of Process made on the Defendant, Marcy Engelbrecht in the above captioned case.

                                    Very truly yours,

                                    DAVID WILLIAM TONNESSEN

DWT/cah
enclosures